NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


C.F.,                                       )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D17-4489
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____ )

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Polk
County; Mark Hofstad, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, LUCAS, and SALARIO, JJ., Concur.